### BROWNE AND OTHERS v. STRODE.

THIS was a case certified from the circuit court for the district of Virginia, the judges of that court being divided in opinion upon the question whether they had jurisdiction of the case.

It was an action on a bond given by an executor for the faithful execution of his testator's will, in conformity with the statute of Virginia. The object of the suit was to recover a debt due from the testator in his life-time to a *British subject.* The *defendant* was a *citizen of Virginia.* The persons named in the declaration as *plaintiffs* were the justices of the peace for the county of Stafford, and were all *citizens of Virginia.*

The question being submitted without argument,

THE COURT ordered it to be certified, as their opinion, that the court below has jurisdiction in the case.

*The courts of the United States have jurisdiction in a case between citizens of the same state, if the plaintiffs are only nominal plaintiffs for the use of an alien.*